UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-2983-CAS(AGRx) | Date | February 12, 2018 |
|---|---|---|---|
| Title | *MICHEL DESTA v. WINS FINANCE HOLDINGS, INC.' ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yu Shi | Jennifer Jason |
| | Jay Musoff |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Filed 10/24/17)[33]

Hearing held and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court takes the above-referenced motion under submission.

|  | 00 | : | 20 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |