UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO,<br><br>　　　　Defendants. | Case No: 2:17-cv-02983-CAS(AGRx)<br><br>CLASS ACTION<br><br>**[~~PROPOSED~~] ORDER**<br><br>Hon. Christina A. Snyder |

　　　Lead Plaintiffs Brian Gabrich, Raymond Mentor, and Christopher Ikeocha ("Plaintiffs"), having filed a motion to serve defendants Renhui Mu and Junfeng Zhao through Wins Finance Holdings Inc.'s counsel of record, and for good cause appearing:

/ / /

/ / /

/ / /

- 1 -

Case No: 2:17-cv-02983-CAS-AGR

IT IS ORDERED that Plaintiffs shall effect service of the summons and operative complaint on defendants Renhui Mu and Junfeng Zhao by serving Wins Finance Holdings Inc.'s counsel of record, Loeb & Loeb LLP.

Dated: July 17, 2018

*Christina A. Snyder*

Hon. Christina A. Snyder
United States District Judge