UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>         Plaintiffs,<br><br>    v.<br><br>WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, and JUNFENG ZHAO,<br><br>         Defendants. | Case No.: 2:17-CV-02983-CAS-AGR<br><br>Assigned to Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS RENHUI MU AND JUNFENG ZHAO** |

1  The Court, having considered the Motion to Dismiss the Amended Class Action
2  Complaint for Failure to State a Claim Upon Which Relief Can Be Granted filed by
3  Defendants Renhui Mu and Junfeng Zhao (the "Motion"), and all papers filed in
4  support thereof and in opposition thereto, and the argument of counsel, and good
5  cause appearing, hereby GRANTS the Motion. The Amended Complaint is dismissed
6  in its entirety, with prejudice, as against Defendants Mu and Zhao.

**IT IS SO ORDERED**

Dated: _____   _____
                                                                                Christina A. Snyder
                                                                       United States District Court for the
                                                                            Central District of California