Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO,<br><br>       Defendants. | Case No: 2:17-cv-02983-CAS-AGR<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Christina A. Snyder<br>Courtroom: 8D<br>Hearing Date: January 28, 2019<br>Hearing Time: 10:00 am |

- 1 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 28, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, Lead Plaintiffs Brian Gabrich, Christopher Ikeocha, and Raymond Mentor (collectively "Plaintiffs") will, and do, move this Court, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), and 23(g), for an Order:

1.     Certifying this action as a class action on behalf of the following class (the "Class"):

> All persons and entities who purchased or otherwise acquired the common stock of Wins Finance Holdings Inc. ("Wins") during the period from February 23, 2016 through June 7, 2017, inclusive. Excluded from the Class are Defendants, all present and former officers and directors of Wins and any subsidiary thereof, members of such excluded persons' families and their legal representatives, heirs, successors or assigns and any entity which such excluded persons controlled or in which they have or had a controlling interest.

2.     Appointing Lead Plaintiffs Brian Gabrich, Christopher Ikeocha, and Raymond Mentor as Class Representatives;

3.     Appointing The Rosen Law Firm, P.A. as Class Counsel; and

4.     Granting such other and further relief the Court may deem just and proper.

Class certification and the appointment of Plaintiffs as Class Representatives are proper, where, as here, the Class is so numerous that joinder of all members is impracticable, common questions of law and fact exist, Plaintiffs' claims are typical of the Class claims, Plaintiffs and their counsel will fairly and adequately represent the class, common questions predominate, and a class action is superior to individual actions. Additionally the appointment of Class Counsel is proper, where, as here, counsel is well qualified to represent the class.

This motion is made following the conference of counsel pursuant to L.R. 7-

3 which took place on March 12, 2018 (and continued in the months that followed), and pursuant to the Court's June 4, 2018 Scheduling Order. Dkt. No. 55.

Dated: September 17, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
Yu Shi (*pro hac vice*)
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

NOTICE OF MOTION AND MOTION FOR CLASS
CERTIFICATION 2:17-CV-02983-CAS-AGR

# **CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On September 17, 2018, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on September 17, 2018.

/s/ Laurence Rosen
Laurence Rosen

NOTICE OF MOTION AND MOTION FOR CLASS
CERTIFICATION 2:17-CV-02983-CAS-AGR