Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, Individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br>     v. <br><br> WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO, <br><br>     Defendants. | Case No: 2:17-cv-02983-CAS-AGR <br><br> CLASS ACTION <br><br> **DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Hon. Christina A. Snyder <br><br> Hearing Date: January 28, 2019 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 8D |

– 1 –

Declaration of Laurence Rosen

I, Laurence Rosen, declare and state the following:

1.  I am an attorney at The Rosen Law Firm, P.A., counsel for Lead Plaintiffs Brian Gabrich, Christopher Ikeocha, and Raymond Mentor ("Plaintiffs") in this action.

2.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.  I am over the age of 18 and have personal knowledge of the following facts. If called as a witness to testify, I could and would testify truthfully and competently to each of the facts set forth herein.

4.  Attached are true and correct copies of the following documents:

    a.  Exhibit 1: Declaration of Dr. Adam Werner

    b.  Exhibit 2: Firm resume of The Rosen Law Firm, P.A.

    c.  Exhibit 3: Declaration of Brian Gabrich in Support of Plaintiffs' Motion for Class Certification

    d.  Exhibit 4: Declaration of Christopher Ikeocha in Support of Plaintiffs' Motion for Class Certification

    e.  Exhibit 5: Declaration of Raymond Mentor in Support of Plaintiffs' Motion for Class Certification

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of September, 2018.

/s/ Laurence Rosen
Laurence Rosen

– 2 –

Declaration of Laurence Rosen

## **CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On September 17, 2018, I electronically filed the foregoing DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on September 17, 2018.

/s/ Laurence Rosen
Laurence Rosen

Declaration of Laurence Rosen