1

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**

2

355 South Grand Avenue, Suite 2450

3

Los Angeles, CA 90071
Telephone: (213) 785-2610

4

Facsimile: (213) 226-4684

5

Email: lrosen@rosenlegal.com

6

7

*Counsel for Plaintiffs*

8

[Additional counsel on signature page]

9

10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11

12

MICHEL DESTA, Individually and on behalf of all others similarly situated,

Case No: 2:17-cv-02983-CAS-AGR

13

14

Plaintiffs,

<u>CLASS ACTION</u>

15

16

v.

**NOTICE OF SETTLEMENT**

Hon. Christina A. Snyder

17

WINS FINANCE HOLDINGS INC.,
JIANMING HAO, RENHUI MU, AND
JUNFENG ZHAO,

18

19

20

Defendants.

21

22

23

In accordance with Local Rule 16-15.7, Lead Plaintiffs Brian Gabrich,

24

Christopher Ikeocha, Raymond Mentor ("Plaintiffs") and Defendants Wins

25

Finance Holdings Inc., Renhui Mu, Junfeng Zhao ("Defendants") are pleased to

26

inform the Court that the parties have reached a settlement in principle that will

27

resolve all claims in this action.  The parties are in the process of formalizing their

28

settlement agreement.

– 1 –

1       Accordingly, the parties jointly request that all deadlines and proceedings in

2   this action be stayed pending the execution of the parties' settlement agreement.

3   Plaintiffs anticipate filing a motion for preliminary approval of the proposed

4   settlement by January 14, 2019.

5

6   Dated: November 26, 2018            Respectfully submitted,

7

8                                       **THE ROSEN LAW FIRM, P.A.**

9                                       By: /s/ Laurence M. Rosen

10                                      Laurence M. Rosen (SBN 219683)

                                    355 S. Grand Avenue, Suite 2450

11                                      Los Angeles, CA 90071

12                                      Telephone: (213) 785-2610

                                    Facsimile: (213) 226-4684

13                                      Email: lrosen@rosenlegal.com

14

15                                      Yu Shi (*pro hac vice*)

                                    275 Madison Ave, 34th Floor

16                                      New York, NY 10016

17                                      Telephone: (212) 686-1060

                                    Facsimile:  (212) 202-3827

18                                      Email: yshi@rosenlegal.com

19

20                                      *Counsel for Plaintiffs*

21

22  Dated: November 26, 2018            **LOEB & LOEB LLP**

                                    By: /s/ Jay K. Musoff

23                                      Jay K. Musoff (*pro hac vice*)

24                                      John Piskora (*pro hac vice*)

                                    345 Park Avenue

25                                      New York, NY 10154

26                                      Telephone: (212) 407-4000

27                                      Facsimile:  (212) 407-4990

                                    Email: jmusoff@loeb.com

28                                                jpiskora@loeb.com

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel Murphy (SBN 141006)
Jennifer Jason (SBN 274142)
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: dmurphy@loeb.com
        jjason@loeb.com

*Counsel for Defendants*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the
Central District of California, I attest that counsel for Defendants Wins Finance
Holdings, Renhui Mu, and Junfeng Zhao have authorized the filing of this
document.

/s/ Laurence M. Rosen

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On November 26, 2018, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on November 26, 2018

/s/ Laurence Rosen
Laurence Rosen

Notice of Settlement