UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV17-2983-CAS(AGRx) | Date | November 30, 2018 |
| Title | *MICHEL DESTA v. WINS FINANCE HOLDINGS, INC.' ET AL.* | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE |

| | | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - NOTICE OF SETTLEMENT (Filed 11/26/2018)[81]

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about November 26, 2018;

IT IS HEREBY ORDERED that the deadlines and proceedings in this action are hereby stayed pending the execution of the parties' settlement agreement.

IT IS FURTHER ORDERED that counsel shall file a properly noticed motion for preliminary approval of the proposed settlement or a joint report detailing settlement status on or before January 14, 2019, and every quarter thereafter until final approval of the the settlement has been entered.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

00 : 00

Initials of Preparer CMJ