Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO,<br><br>        Defendants. | Case No: 2:17-cv-02983-CAS-AGR<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Hon. Christina A. Snyder<br>Courtroom: 8D<br>Hearing Date: February 25, 2019<br>Hearing Time: 10:00 am |

- 1 -

**PLEASE TAKE NOTICE** that on February 25, 2019, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, Lead Plaintiffs Brian Gabrich, Christopher Ikeocha, and Raymond Mentor (collectively "Plaintiffs") will move this Court for entry of an order: (a) preliminarily approving the settlement between Plaintiffs and Defendants Wins Finance Holdings Inc., Renhui Mu, and Junfeng Zhao ("Defendants"); (b) certifying the Settlement Class for settlement purposes only; (c) approving the notice to the Settlement Class of the proposed settlement; and (d) scheduling a final approval hearing for a date at the Court's convenience.

Defendants do not oppose this motion.

Dated: January 28, 2019                     Respectfully submitted,


                                            **THE ROSEN LAW FIRM, P.A.**

                                            By: /s/ Laurence M. Rosen
                                            Laurence M. Rosen (SBN 219683)
                                            355 S. Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
                                            Telephone: (213) 785-2610
                                            Facsimile: (213) 226-4684
                                            Email: lrosen@rosenlegal.com

                                            Yu Shi (*pro hac vice*)
                                            275 Madison Ave, 34th Floor
                                            New York, NY 10016
                                            Telephone: (212) 686-1060
                                            Facsimile:  (212) 202-3827
                                            Email: yshi@rosenlegal.com

                                            *Lead Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On January 28, 2019, I electronically filed the foregoing **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on January 28, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen
