UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-2983-CAS(AGRx) | Date | February 25, 2019 |
|---|---|---|---|
| Title | *MICHEL DESTA v. WINS FINANCE HOLDINGS, INC.' ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yu Shi | Jay Musoff |

**Proceedings:** PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES (Filed 01/28/19)[84]

Hearing held and counsel are present. The Court confers with counsel as stated in Court and on the record. The Court grants plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedure. Plaintiffs' counsel shall submit a Proposed Order with the deadlines and dates completed, for the Court's approval.

IT IS SO ORDERED.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |