Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO,<br><br>    Defendants. | Case No: 2:17-cv-02983-CAS-AGR<br><br>CLASS ACTION<br><br>**JOINT APPLICATION TO EXTEND SETTLEMENT HEARING DATE AND NOTICE DATE**<br><br>Hon. Christina A. Snyder |

Lead Plaintiffs Brian Gabrich, Christopher Ikeocha, and Raymond Mentor ("Plaintiffs") and Defendants Wins Finance Holdings Inc., Renhui Mu, and Junfeng Zhao ("Defendants") (collectively, the "Parties") respectfully submit this Joint Application to further extend by approximately 90 days the: (a) final approval hearing ("Settlement Hearing") date, and (b) the deadline to issue notice of the settlement and claim forms to Settlement Class members.

– 1 –

The current deadline to issue notice and claim forms to Settlement Class Members is September 30, 2019, and the Settlement Hearing is currently set for February 24, 2020 at 10:00 a.m. (Dkt. No. 96).

As counsel for the parties have previously advised the Court, in accordance with the Order Preliminarily Approving Settlement (Dkt. No. 90), Defendant Wins, through its subsidiary operating in China, has made the necessary application with the relevant agencies of the government of the People's Republic of China for permission to pay the settlement funds to the escrow account.[1]  Wins has not yet received approval for the application for payment, which application remains pending.

Given the passage of time, Wins and its counsel have made inquiries concerning the status of the request and the timing of a possible decision, but the Chinese government has not provided a timeline pursuant to which the parties can anticipate government action as to Wins' application to pay the settlement funds.

In light of the foregoing, and the possibility (but not certainty) that Chinese governmental approval may not be forthcoming on a timely basis, Wins has begun inquiries as to the possible funding of the settlement funds from alternate sources. (*See* Dkt. No. 84-1 (Stipulation and Agreement of Settlement) at 10.2(b)).

Wins anticipates that its discussions and negotiations concerning possible alternative arrangements for the payment of the settlement funds can be completed within ninety (90) days.

As such, the Parties respectfully request that the Court further extend the Settlement Hearing date and the deadline for issuing the notice and claim forms each by approximately 90 days.  The Parties remain hopeful that by then appropriate arrangements will have been made for the payment of the settlement funds.

---

[1] Because of China's strict currency control measures, governmental approval is required before money can be transferred offshore (*e.g.* to an escrow account in the United States).

Because the deadlines for Settlement Class Members to file claims, object to the Settlement, or exclude themselves from the settlement are all measured from the Settlement Hearing date, extending the Settlement Hearing date and the date to issue notice and claim forms each by approximately 90 days will not reduce the number of days that Settlement Class Members have to file claims, objections, or exclusions.

Dated: September 19, 2019          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: yshi@rosenlegal.com

*Counsel for Plaintiffs*

Dated: September 19, 2019          **LOEB & LOEB LLP**
By: /s/ Jay K. Musoff
Jay K. Musoff (*pro hac vice*)
John Piskora (*pro hac vice*)
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Facsimile:  (212) 407-4990
Email: jmusoff@loeb.com
        jpiskora@loeb.com

– 3 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel Murphy (SBN 141006)
Jennifer Jason (SBN 274142)
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: dmurphy@loeb.com
         jjason@loeb.com

*Counsel for Defendants*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that counsel for Defendants have authorized the filing of this document.

/s/ Laurence M. Rosen

Joint Application to Extend Notice Date and Final Approval Hearing Date

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On September 19, 2019, I electronically filed the foregoing JOINT APPLICATION TO EXTEND SETTLEMENT HEARING DATE AND NOTICE DATE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on September 19, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen