# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL DESTA, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WINS FINANCE HOLDINGS INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO,<br><br>　　　　Defendants. | Case No: 2:17-cv-02983-CAS-AGRx<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO EXTEND SETTLEMENT HEARING DATE AND NOTICE DATE**<br><br>Hon. Christina A. Snyder |

　　Having reviewed the Parties' Joint Application to Extend Settlement Hearing Date and Notice Date, and for good cause appearing, the Court hereby GRANTS the Application.

　　IT IS HEREBY ORDERED, that:

　　(1) The Settlement Hearing is set for January 9, 2023 at 10:00 a.m. is continued to March 13, 2023 at 10:00 a.m.

– 1 –

      (2) Class Counsel, through the Claims Administrator, shall cause the Notice and the Proof of Claim and Release Form, substantially in the forms annexed to the Settlement Stipulation, to be mailed, by first class mail, postage prepaid, by no later than September 21, 2022, to all Settlement Class Members who can be identified with reasonable effort by Class Counsel, through the Claims Administrator.

      (3) Class Counsel, through the Claims Administrator, shall cause the Summary Notice to be published electronically once on the *GlobeNewswire* and in print once in the *Investor's Business Daily* no later than September 21, 2022.

DATED: July 20, 2022

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

20610117.1
226231-10004